417 A.2d 762

Winpenny, Individually, and Winpenny et al., minors, by Carol M. Winpenny, Guardian, v. Winpenny, and First Penna. Bank, Trustee.

Appeal of Winpenny.

Argued September 12, 1978. Carol M. Winpenny, appellant, in propria personam; Ber-

nard Berman, submitted a brief on behalf of appellee James B. Winpenny; Miles Shore, did not submit a brief on behalf of First Pennsylvania Banking and Trust Company, Trustee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Decrees affirmed.